# CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Carmen Nohem Rodriguez-Arvizu**<br>DOB: 1974; Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**25-12442MJ** |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

From a time unknown to on or about October 18, 2025, in the District of Arizona, **Carmen Nohem Rodriguez-Arvizu**, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to bring, or attempt to bring, to the United States aliens, including a juvenile, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(i); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On October 18, 2025, at approximately 0920 hours U.S. Border Patrol Agents (BPAs) encountered a 15-year-old (juvenile) near Sonoita, Arizona. The apprehending agents determined the juvenile had unlawfully entered the United States of America near Nogales, Arizona, from the country of Mexico at a time and place other than as designated by the Secretary of Homeland Security. Homeland Security Investigations (HSI) conducted a consensual search of the juvenile's phone. In one chat a contact named "La Senora" tells the juvenile to communicate with "El Flaco." "La Senora" says his name is "Antony" and sends a 602-area code phone number. US Border Patrol identified the number for "La Senora" as belonging to **Carmen Nohem Rodriguez-Arvizu**. "El Flaco" and the juvenile then exchanged messages about the juvenile going to a ranch in Mexico and entering the U.S. on Saturday. (October 18, 2025, was a Saturday).

On December 23, 2025, **Rodriguez-Arvizu** presented herself for inspection and entry at the Mariposa POE. She was detained. After waiving her *Miranda* rights, **Rodriguez-Arvizu** initially denied knowing about the juvenile. Then **Rodriguez-Arvizu** said she took a bus from Hermosillo, Mexico, to Juarez, Mexico, where she met the juvenile in a taxi. **Rodriguez-Arvizu** then took the juvenile with her on a bus from Juarez to Cananea, Mexico. From there the juvenile was turned over to other smugglers. **Rodriguez-Arvizu** sent a message to the juvenile telling her to contact "Flaco." "Flaco" would cross the juvenile into the US. **Rodriguez-Arvizu** stated she took the juvenile to Cananea as a favor for "Flaco" and to make some money. **Rodriguez-Arvizu** claimed she did not know how much she would get and further stated "Flaco" had still not paid her. **Rodriguez-Arvizu** consented to a search of her phone. On her phone were chats with the 602-area code number associated with "El Flaco." There were pictures of the juvenile getting out of a taxi which **Rodriguez-Arvizo** sent to "El Flaco." The two conversed about where **Rodriguez-Arvizu** and the juvenile were during the bus trip to Cananea. Later in the chat, **Rodriguez-Arvizu** requested multiple times to be paid by "El Flaco."

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>**MARC S HOWARD** Digitally signed by MARC S HOWARD<br>Date: 2025.12.24 09:27:39 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Homeland Security Investigations Special Agent<br>Marc Howard |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]  *Maria S. Aguilera* | DATE<br>December 24, 2025 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Houston

25-12442MJ